ROBERT GWEN LESLIE
744 FILLMORE STREET
SANTA PAULA, CALIFORNIA 93060

Lodged Proposed Order

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT

IN RE:

ROBERT GWEN and MARILYN BEVERLY LESLIE

Case No. 2:15-CV-02111-JAK

STIPULATION TO EXTEND TIME FOR OPENING BRIEF

### STIPULATION TO CONTINUE DATE FOR OPENING BRIEF

Plaintiff, and Defendants United States Trustee and Wells Fargo Bank, N.A. (collectively the "Parties"), stipulate and agree as follows:

1. On July 6, 2015, plaintiff's opening brief is due to be filed with the Court; .

2. Plaintiff and Counsel for Defendants herein, agreed to continuing the date for Plaintiff to file his opening brief to be extended 30 days;

3. Plaintiff and Counsel for Defendants herein, agreed to continuing the date for Defendants to file their opening briefs to be extended 30 days;

4. The Parties hereby agree that the [Proposed] Order to Modify briefing schedule for plaintiff's and defendants' opening briefs to be due attached hereto be entered.

| | | |
|---|---|---|
| 1 | Dated: July 1, 2015 | FIDELITY NATIONAL LAW GROUP |
| 2 | | By: _____ |
| 3 | | KEVIN BROERSMA, ATTORNEYS FOR WELLS FARGO BANK, N.A. |
| 4 | | |
| 5 | | |
| 6 | | LEVENE, NEALE, BENDER, YOO & BRILL LLP |
| 7 | Dated: July 1, 2015 | By: /s/ T. J. Yoo |
| 8 | | |
| 9 | | TIMOTHY J. YOO, ATTORNEY FOR SANDRA K. MCBETH CHAPTER 7 TRUSTEE |
| 10 | | |
| 13 | Dated: July 1, 2015 | /s/ Robert G. Leslie |
| | | Robert Gwen Leslie |

STIPULATION TO CONTINUE BRIEFING SCHEDULE