Case 2:15-cv-02111-JAK   Document 17-1   Filed 07/02/15   Page 1 of 1   Page ID #:130

LODGED
CLERK, U.S. DISTRICT COURT
JUL - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT

IN RE:

ROBERT GWEN and MARILYN BEVERLY LESLIE

Case No. 2:15-CV-02111-JAK

[PROPOSED] ORDER TO CONTINUE AND EXTEND PLAINTIFF'S OPENING BRIEF DATE

Upon consideration of the stipulation submitted by Plaintiff ROBERT GWEN LESLIE, and Defendants herein, SANDRA K. MCBETH, CHAPTER 7 TRUSTEE, AND WELLS FARGO BANK, N.A., the Court orders that:

1. Plaintiff's opening brief that was due to be filed on July 6, 2015, is now extended and now due to be filed on August 6, 2015;
2. Defendants' opening brief will also be given a 30 day extension of time, and is now due to be filed on September 10, 2015.

Date

HONORABLE JUDGE OF THE
DISTRICT COURT

[PROPOSED] ORDER