UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV15-02111 JAK | | Date | July 13, 2015 |
|---|---|---|---|---|
| Title | (In re Robert Gwen and Marilyn Beverly Leslie) | | | |
| | Robert Gwen Leslie, et al. v. Sandra K. McBeth, et al. | | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) ORDER GRANTING STIPULATION TO EXTEND TIME FOR OPENING BRIEF RE BANKRUPTCY APPEAL (DKT. 17) |
|---|---|

The Court grants the parties' Stipulation to Extend Time for Opening Brief and amends the following dates:

August 6, 2015:        Appellant's Opening Brief
September 10, 2015:  Appellee's Opening Brief
September 28, 2015:  Appellant's Reply Brief

All briefs shall comply with the requirements of the Federal Rules of Bankruptcy Procedures 8010(a) and (b) and the May 22, 2015 Notice issued by the Bankruptcy Court. Dkt. 14.

The Appeal will be taken UNDER SUBMISSION on September 28, 2015, and the Court will either schedule the matter for a hearing or issue a ruling.

Counsel for the Appellee shall give telephonic notice of this Order to pro se Appellants no later than July 14, 2015, and file a proof of service regarding such.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   ak